IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARTHA KINARD, Regional Director of the Sixteenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>DISH NETWORK CORPORATION,<br><br>Respondent. | § § § § § § § § § § § § § § § | Civil Action No. 4:16-cv-00952-O |

## ORDER

The Court previously granted Petitioner Martha Kinard's Petition for Injunction Under Section 10(j) of the National Labor Relations Act. *See* Jan. 14, 2017 Order, ECF No. 54. The case is now on appeal. *See* Notice of Appeal, ECF No. 58.

Accordingly, it is **ORDERED** that this case be administratively closed and removed from the statistical records pending further order of the Court. Nothing in this Order shall be considered a dismissal or disposition of this case, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

**SO ORDERED** on this **28th day** of **June, 2017.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE